UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAURENE KLEMENT,

                                    Plaintiff,

        -against-                                          1:08-CV-0640 (LEK/VEB)

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                                    Defendant.

_____

## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on October

22, 2009 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28

U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 18).

After ten days from the service thereof, the Clerk has sent the entire file to the undersigned,

including the objections by Michael J. Astrue, which were filed on October 29, 2009,  Objections

(Dkt. No. 19), and the objections by Laurene Klement, which were filed on November 3, 2009,

Resp. Objections (Dkt. No. 21).

        It is the duty of this Court to "make a de novo determination of those portions of the report

or specified proposed findings or recommendations to which objection is made." 28 U.S.C. §

636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." Id.  This Court has considered the objections and

has undertaken a de novo review of the record and has determined that the Report-Recommendation

should be approved for the reasons stated therein.

1

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 18) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion for judgment on the pleadings (Dkt. No. 15) is

**DENIED**; and it is further

**ORDERED**, that the decision of the Commissioner is **REVERSED**; and it is further

**ORDERED**, that the case is **REMANDED** to the Commissioner pursuant to sentence four of

42 U.S.C. § 405 (g) for further administrative proceedings; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:          November 16, 2009
               Albany, New York

Lawrence E. Kahn
U.S. District Judge

2